Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400  Fax: 213.896.2450

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| MITCHELL WALTER, | CASE NO. SACV 13-1503 JLS (ANx) |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER ON MOTION TO ENFORCE SETTLEMENT AGREEMENT** |
| v. | |
| WESTERN INDUSTRIES, INC., VICTOR TECHNOLOGIES INTERNATIONAL, INC., TURBOTORCH; GOSS, INC. and DOES 1 through 100, Inclusive, | |
| Defendants. | Trial Date:     May 12, 2015 |

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400 Fax: 213.896.2450

## ORDER

The Court has considered the Motion To Enforce Settlement Agreement (the "Motion") filed by defendant Victor Technologies International, Inc. ("Victor"), and rules as follows:

The Motion is Granted.

Plaintiff shall file a Stipulation for Dismissal of his claims against Victor within five days of his counsel's receipt of a settlement draft from Victor in the amount of $27,500. In the event that Plaintiff does not timely file the Stipulation for Dismissal, Victor may provide the Court with a Declaration evidencing the payment of the settlement funds. The Court will then dismiss Plaintiff's claims against Victor with prejudice.

IT IS SO ORDERED

_____ 2015          _____
                                    Hon. Josephine Staton

CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2015, I electronically filed the foregoing with the Clerk of Court using the EM/ECF system which will send a notice of electronic filing to all counsel of record who have consented to electronic notification.

/s/ Shelley G. Hurwitz
Shelley G. Hurwitz

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400  Fax: 213.896.2450